United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DELVYS MARRO IDIARTE,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-08833** |
| | § | |
| **RAYMOND THOMPSON, *et al.*,** | § | |
| | § | |
| ***Respondents.*** | § | |

**ORDER**

Petitioner Delvys Marro Idiarte has filed a Petition for Writ of Habeas Corpus (ECF No. 1). The Court has set a hearing on the Petition for Wednesday, October 28, 2026, at 1:00 PM. Respondents are hereby **ORDERED** to ensure that Petitioner can participate in that hearing in person at the United States Courthouse, 515 Rusk St, Courtroom 3A, Houston, Texas. Respondents are further **ORDERED** to inform the Court if Petitioner requires a translator.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 21st of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE